MARTHA KING, Respondent, *v.* UNION TRUST COMPANY; as Executor of WILLIAM F. KING, Deceased, Appellant.

*King* v. *Union Trust Co.*, 148 App. Div. 110, affirmed.
(Argued March 27, 1913; decided April 15, 1913.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered December 29, 1911, reversing a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term without a jury and granting a new trial in an action to recover for an alleged breach of a covenant against incumbrances contained in a deed of real property.

*Perry D. Trafford* for appellant.

*Samuel Untermyer* and *Abraham Benedict* for respondent.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts; no opinion.

Concur: CULLEN, Ch. J., GRAY, WILLARD BARTLETT, CHASE, CUDDEBACK, HOGAN and MILLER, JJ.